# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LEE, | ) Case No. EDCV12-00794-AG (DTB) |
| Plaintiff, | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| LARRY PFISTER, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /
/ / /
/ / /
/ / /
/ / /

IT THEREFORE IS ORDERED that defendant's Motion for Summary Judgment is granted in part and denied in part. Defendant's Motion for Summary Judgment as to plaintiff's First, Fourth, and Fourteenth Amendment claims is granted. Defendant's Motion for Summary Judgment as to plaintiff's Eighth Amendment and Federal Tort Claims Act claims is denied.

DATED: September 7, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE